WHITE EAGLE MARKET, INC., Respondent, v. HENRY LOPEZ, Also Known as HENRY GONZALEZ, et al., Doing Business as MEAT-O-RAMA, et al., Appellants.—

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.